# UNITED STATES DISTRICT COURT

### Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

March 18, 2020

Re: UNITED STATES OF AMERICA v.
CHRISTOPHER TATE
Cause Number: 1:20−cr−00096−TWP−DLP
*SEALED*

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 8−1, the above matter was reassigned from the docket of Judge Jane Magnus−Stinson to the docket of Judge Tanya Walton Pratt on March 18, 2020. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:20−cr−00096−TWP-DLP *SEALED* should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court


By:  s/Ruth Olive
Ruth Olive, Deputy Clerk