UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER TATE, | ) | CAUSE NO. 1:20-cr-96-TWP-DLP-01 |
| JOVAN STEWART, | ) | -02 |
| a/k/a Peso, | ) | |
| ROBERT HINTON, | ) | -03 |
| TIA DIMMETT, | ) | -04 |
| LACEY GUZMAN, | ) | -05 |
| SANDRA KELLOGG, | ) | -06 |
| DESIRAE EVANS, | ) | -07 |
| ERIC POORE, | ) | -08 |
| a/k/a Hollywood, | ) | |
| JOSE RODRIGUEZ-CHAVEZ, | ) | -09 |
| a/k/a Jalisco, | ) | |
| a/k/a Johnny, | ) | |
| JASON LEWIS, | ) | -10 |
| DWYATT HARRIS, | ) | -11 |
| DOROTHY KNIGHT, and | ) | -12 |
| CHAYLON RUSH, | ) | -13 |
| | ) | |
| Defendants, | ) | |

MOTION TO UNSEAL

Comes now the United States of America, by counsel, Josh J. Minkler, United

States Attorney for the Southern District of Indiana, and Bradley A. Blackington,

Assistant United States Attorney, and

requests that the above-captioned cause be unsealed.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


*s/Bradley A. Blackington*

By: _____

Bradley A. Blackington
Assistant United States Attorney