UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER TATE, | ) | CAUSE NO. 1:20-cr-96-TWP-DLP-01 |
| JOVAN STEWART, | ) | -02 |
|    a/k/a Peso, | ) | |
| ROBERT HINTON, | ) | -03 |
| TIA DIMMETT, | ) | -04 |
| LACEY GUZMAN, | ) | -05 |
| SANDRA KELLOGG, | ) | -06 |
| DESIRAE EVANS, | ) | -07 |
| ERIC POORE, | ) | -08 |
|    a/k/a Hollywood, | ) | |
| JOSE RODRIGUEZ-CHAVEZ, | ) | -09 |
|    a/k/a Jalisco, | ) | |
|    a/k/a Johnny, | ) | |
| JASON LEWIS, | ) | -10 |
| DWYATT HARRIS, | ) | -11 |
| DOROTHY KNIGHT, and | ) | -12 |
| CHAYLON RUSH, | ) | -13 |
| | ) | |
| Defendants, | ) | |

## ORDER TO UNSEAL

Upon the Motion of the United States of America, it is hereby ORDERED that the above-captioned cause be unsealed.

The Clerk of this Court is ordered and directed to unseal the above-captioned cause.

So ORDERED this 19th day of March, 2020.

_____
TIM A. BAKER
Magistrate Judge
Southern District of Indiana