UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER TATE, | ) | NO. 1:20-cr-0096-TWP-DLP -01 |
| JOVAN STEWART, | ) | -02 |
|    a/k/a Peso, | ) | |
| ROBERT HINTON, | ) | -03 |
| TIA DIMMETT, | ) | -04 |
| LACEY GUZMAN, | ) | -05 |
| SANDRA KELLOGG, | ) | -06 |
| DESIRAE EVANS, | ) | -07 |
| ERIC POORE, | ) | -08 |
|    a/k/a Hollywood, | ) | |
| JOSE RODRIGUEZ-CHAVEZ, | ) | -09 |
|    a/k/a Jalisco, | ) | |
|    a/k/a Johnny, | ) | |
| JASON LEWIS, | ) | -10 |
| DWYATT HARRIS, | ) | -11 |
| DOROTHY KNIGHT, and | ) | -12 |
| CHAYLON RUSH, | ) | -13 |
| | ) | |
| Defendants, | ) | |

ORDER

This cause comes before the Court on the United States of America's Motion to Establish Discovery Schedule, Continue Trial Date, and Grant Protective Order.

And the Court, having considered said Motion, finds that the Motion is made in good faith, and the ends of justice served by the granting of such

1

continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, the Court, having considered the government's Motion and having reviewed the facts and circumstances set forth therein, now hereby GRANTS the Motion to Establish Discovery Schedule and ORDERS that discovery in this case shall proceed as follows:

1. On or before **April 13, 2020**, the government shall disclose all Applications, Affidavits, and Orders pertaining to court-authorized Title III applications.

2. On or before **April 13, 2020**, the government shall disclose copies of all recordings made pursuant to court-authorized wire and electronic surveillance.

3. On or before **April 13, 2020**, the government shall disclose copies of all line sheets from Title III interceptions.

4. On or before **April 20, 2020**, the government shall disclose all search warrants and search warrant inventories pertaining to the searches conducted on November 17, 2017.

5. On or before **May 4, 2020**, the government shall disclose each defendant's own criminal history and laboratory reports on all drug purchases and seizures completed to date and all fingerprint analysis reports completed to date.

6.      On or before **May 11, 2020**, the government shall file a Notice of Expert Witnesses and supplement the Notice thereafter as information becomes available.

7.      Additionally, the defendants are ordered to provide reciprocal discovery pursuant to Federal Rules of Criminal Procedure 16(b)(1)(A) which includes permission to inspect and copy or photograph books, papers, documents, photographs, tangible objects, any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies or portions thereof, which are within the possession, custody or control of any defendant and which the defendant(s) intends to introduce as evidence in chief at the trial, or which were prepared by a witness whom the defendant(s) intends to call at the trial when the results or reports related to that witnesses testimony.

IT IS FURTHER ORDERED that the Court, having considered the government's Motion and having reviewed the facts and circumstances set forth therein, now hereby GRANTS the continuance of trial in this cause. The present trial setting of **May 18, 2020** is VACATED.

Title 18, United States Code, Section 3161(h)(8)(A) provides that any delay resulting from the granting of a motion for continuance shall be excluded for purposes of the Speedy Trial Act if the Court grants the continuance based upon the finding that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. However, no period of delay from a continuance shall be excluded for purposes

of the Speedy Trial Act unless the Court sets forth its reasons for finding that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

Accordingly, the Court makes the following findings:

1. For the reasons set forth in paragraph 2 of the government's Motion, the above-captioned matter qualifies as a complex case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).  Because this case is so complex, due to the number of defendants and the nature of the prosecution, it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established in the Speedy Trial Act.  *Id.*

2. Failure to grant the continuance in the proceeding would be likely to make a continuation of the proceeding impossible or result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(i).

Based upon the above, the Court concludes that the ends of justice served by granting the request of the United States for continuance of this trial date outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The period of delay resulting from this continuance shall be excludable time under the Speedy Trial Act.  *Id.*

IT IS FURTHER ORDERED that a pretrial conference be held in the above-captioned matter on the _____ day of June, 2020 at ____ ___m. in Courtroom 344, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.  All counsel shall attend the pretrial conference, at which time the Court and the parties will discuss a firm trial date for this matter.

IT IS FURTHER ORDERED that defense counsel and agents of defense counsel shall not photocopy or duplicate, in whole or in part, attach, circulate, nor publish in any manner, other than to share same with his client while maintaining the care, custody and control of same, any discovery or Jencks Act material provided by the government without providing the government with an opportunity to be heard regarding the public disclosure and only upon prior permission for public disclosure being granted by the Court.

It is so ORDERED this _____ day of _____, 2020.

                                                                                      _____
Honorable Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All counsel of record