IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 1:20-cr-00096-TWP-DLP-7 |
| ) | |
| DESIRAE EVANS, ) | |
| ) | |
| DEFENDANT. ) | |

## ORDER

This matter came before the Court on Defendant's Unopposed Motion to Continue Guilty Plea Hearing. The Court, having reviewed the motion and being duly advised, hereby finds that the relief sought therein should be granted.

It is, therefore, **ORDERED** that the guilty plea hearing currently scheduled for October 15, 2020, at 10:00 a.m. is hereby continued to October 22, 2020, at 10:30 a.m. in Courtroom 349.

SO ORDERED.

Date: 9/28/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE (Indianapolis) bradley.blackington@usdoj.gov

Robert D. King, Jr.
LAW OFFICE OF ROBERT D. KING, JR, P.C.
rking@robertkinglaw.com