UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO. 1:20-cr-0096-TWP-DLP-07 |
| DESIRAE EVANS, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS SUPERSEDING INDICTMENT**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Bradley A. Blackington, Assistant United States Attorney, now files this Motion to Dismiss Original Indictment and avers the following in support of this Motion:

1. On March 17, 2020, a federal grand jury returned an Indictment against twelve, including Tia Dimmett. (Dkt. 1.)

2. On July 22, 2020, a federal grand jury returned a Superseding Indictment against the above-captioned defendants (including Evans). (Dkt. 262.)

3. On October 21, 2020, the Court accepted Dimmett's plea of guilty to Counts One of the original Indictment.

4. The government requests the Court to dismiss the Superseding Indictment against Evans in lieu of the charges contained in the original Indictment.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  *s/ Bradley A. Blackington*
Bradley A. Blackington
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on **October 21, 2020**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: s/Bradley A. Blackington
Bradley A. Blackington
Senior Litigation Counsel