UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO. 1:20-cr-0096-TWP-DLP-07 |
| DESIRAE EVANS, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

This matter comes before the Court on the Government's Motion to Dismiss Superseding Indictment. Upon consideration of the same, the Court GRANTS the Government's Motion.

IT IS THEREFORE ORDERED that the Superseding Indictment is dismissed without prejudice as to Desirae Evans, in lieu of the charges contained in the original Indictment. The charges contained in the original Indictment against Evans remain in full force and effect.

So ORDERED this _____ day of October, 2020.

_____
TANYA WALTON PRATT, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.

United States Probation Office