# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cr-00096-TWP-DLP |
| ) | |
| DESIRAE EVANS, ) | -07 |
| ) | |
| Defendant. ) | |

## ENTRY FOR OCTOBER 22, 2020
## THE HONORABLE TANYA WALTON PRATT

The Government appeared by Brad Blackington, Assistant United States Attorney. The Defendant appeared in person and by retained counsel Robert D. King, Jr. Matt Holbrook attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 1 Conspiracy to Distribute 500 Grams or More of Methamphetamine as charged in the Indictment.

This matter is set for sentencing on <u>June 3, 2021 at 10:30 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

IT IS SO ORDERED.

Date: 10/22/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bradley.blackington@usdoj.gov

Robert D. King, Jr.
LAW OFFICE OF ROBERT D. KING, JR, P.C.
rking@robertkinglaw.com

David Ray Thompson
LAW OFFICE OF ROBERT D. KING, JR., P.C.
dthompson@robertkinglaw.com