UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| ) | |
| Plaintiff,              ) | |
| ) | |
| v.              ) | |
| )  NO. 1:20-cr-0096-TWP-DLP-07 | |
| DESIRAE EVANS,              ) | |
| ) | |
| Defendant.              ) | |

## ORDER

Comes now the United States of America, by counsel, Zachary A. Myers, Acting United States Attorney for the Southern District of Indiana, and Bradley A. Blackington, Assistant United States Attorney, and having filed its Motion to Continue Sentencing Hearing,

And the Court having read the United States of America's Motion and being sufficiently advised in the premises now finds said motion should be GRANTED.

IT IS THEREFORE ORDERED that the defendant's sentencing hearing is continued and rescheduled for <u>May 23, 2022 at 2:00 p.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Date: 5/11/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF